MITCHELL L. ABDALLAH, #231804
ABDALLAH LAW GROUP
980 9ᵀᴴ ST. 16ᵀᴴ FLOOR
SACRAMENTO, CA 95814
TEL:/ (916) 449-9580
FAX:/ (916) 449-9581
MITCH@ABDALLAHLAW.NET

Attorneys for Debtor: Gerry P. Espinoza

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**GERRY P. ESPINOZA,**<br><br>Debtor. | Case No. 2009-35643-C-11<br><br>Date: September 15, 2009<br>Time: 10:30 A.M.<br>Judge: Christopher M. Klein<br>Department: C<br>Place: 501 I Street, 6th Floor<br>Sacramento, CA 95814 |

### DEBTOR'S CHAPTER 11 PRELIMINARY STATUS REPORT

Pursuant to the court's order of August 11, 2009, Gerry P. Espinoza ("Debtor"), by his undersigned attorney, respectfully submits the following Chapter 11 Preliminary Status Report:

1. <u>History of the Debtor.</u>   Debtor filed his voluntary Chapter 11 petition in this Court on July 27, 2009. Debtor's primary sources of income are rents from real property and a monthly dividend paid through a corporation. Debtor currently owns several real properties ranging from vacant lots to multi-family dwellings. The majority of the real properties are tenements. Most of these tenements are habitable, rented or available for

rental. Each property has a varying occupancy rate with the majority having vacant units. After Debtor purchased the majority of these real properties, their appraisal value increased and rents received thereof were sufficient to cover the respective mortgages and operating expenses. However, all if not the vast majority of the real properties now have a fair market value significantly lower than the mortgage owed on them. Second mortgages taken out to maintain the properties, loss of rental value and the resulting decline in property value in California have forced Debtor to seek reorganization under Chapter 11.

2. <u>Type of Plan.</u>  Debtor intends to file a plan of reorganization providing for his reorganization of debts and maintenance of the real properties.

3. <u>Cramdown.</u>  At present, Debtor does anticipate the necessity of confirming his plan of reorganization under 11 U.S.C §1129(a) (8) or 11 U.S.C. §1129 (b).

4. <u>Valuation of Assets.</u>  At present, Debtor does not anticipate litigation concerning the valuation of assets.

5. <u>Cash Collateral and Adequate Protection.</u>  At present, Debtor anticipates filing several motions for the stipulated use of cash collateral and adequate protection issues.

6. <u>Adversary Proceedings.</u>  Debtor does not anticipate filing any adversary proceedings which will affect the confirming or the implementation of his plan.

7. <u>Environmental Issues.</u>  To the best of Debtor's current knowledge, the estate does not include any property that could potentially give rise to claims or litigation based upon federal or state environmental laws.

8. <u>Objections to Claims.</u>  As the claims bar date has not yet expired, Debtor is not able to determine with specificity what claims will be objected to, the number of objections that will be filed, and the aggregate amount of the disputed claims.

9. <u>Post-confirmation sale of assets.</u>  Debtor does not anticipate the plan including the post-confirmation sale of any assets that will require the involvement of the Court.

10. <u>Anticipated Professional Fees.</u>  At present, Debtor projects the following professional fees will be incurred during the administration of his Chapter 11 case:

| Profession | Name & Firm of Professional | Estimated Total Compensation |
|---|---|---|
| Attorney | Mitchell L. Abdallah | $ 15,000.00 |
|  |  |  |
|  |  |  |

11. <u>Small Business Case.</u>  Debtor may be a small business debtor as defined by the two part test under 11 U.S.C. §§ 101(51C) and 101(51D) and intends to seek that a committee of unsecured creditors not be appointed.

Dated: 02-Sep-2009

ABDALLAH LAW GROUP
Attorneys At Law


By: /s/ Mitchell L. Abdallah
Mitchell L. Abdallah
Attorney for Debtor
Gerry P. Espinoza