Rod + Claudia Smith
18495 Railbed Rd
Jamestown, Ca
95327

9/4/09

Request for Special Notice

To whom it may concern,

We are requesting copies of all notices filed with the Bankruptcy Court in reference to Case Number 09-35643-C-11
Gerry P. Espenoza
~~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~~

Thank You
Respectfully

Claudia D Smith

AWS

FILED
SEP - 4 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA