FILED
September 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002090571

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: [CASE NAME] **GERRY ESPINOZA**

Case No. **2009-35643**

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: **8/31/09**        PETITION DATE: **7-27-2009**

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

2. Asset and Liability Structure

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $0 | | |
| b. Total Assets | $0 | | |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $0 | | |

3. Statement of Cash Receipts & Disbursements for Month

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 55,041 $0 | | $0 |
| b. Total Disbursements | 18,272 $0 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | <697> $0 | $0 | $0 |
| d. Cash Balance Beginning of Month | $0 | | $0 |
| e. Cash Balance End of Month (c + d) | 36,080 $0 | | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (If yes, attach listing including date of payment, amount of payment and name of payee) | ✓ WAHOULA | |
| 9. | Have any payments been made to professionals? (If yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (If yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | ✓ |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | ✓ | |
| 13. | Are a plan and disclosure statement on file? | | |
| 14. | Was there any post-petition borrowing during this reporting period? | | |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: **9-15-2009**                    _____
                                        Responsible Individual

Revised 3/15/09

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  8/31/09

**Assets:**

|   | | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|   | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | 8,000 | |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | Total Current Assets | | $0 |
|   | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | 2,000 | |
| 10 | Vehicles | 1,500 | |
| 11 | Partnership Interests | | |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | 2,000 | |
| 15 | Other: | | |
| 16 | | | |
| 17 | Total Long Term Assets | | $0 |
| 18 | Total Assets | | $0 |

**Liabilities**

**Post-Petition Liabilities**

|   | | | |
|---|---|---|---|
|   | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | Total Current Liabilities | | $0 |
| 26 | Long-Term Post-Petition Debt | | |
| 27 | Total Post-Petition Liabilities | | $0 |
|   | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | |
| 32 | Total Pre-Petition Liabilities | | $0 |
| 33 | Total Liabilities | | $0 |

**Equity (Deficit)**

| 34 | Total Equity (Deficit) | | |
| 35 | Total Liabilities and Equity (Deficit) | | $0 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 01/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 8/31/09

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | 55,045 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | Total Cash Receipts | $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid — MORTGAGE — WACHOVIA | 1,715 | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | SEE SCHEDULE | 16,557 | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | Total Cash Disbursements: | 18,272  $0 | $0 |
| 38 | Net Increase (Decrease) in Cash | $0 | $0 |
| 39 | Cash Balance, Beginning of Period | <697> | |
| 40 | Cash Balance, End of Period | 36080  $0 | $0 |

Revised 3/15/09

# SCHEDULE E
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Supplemental Income and Loss
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**2007**

Attachment Sequence No. **13**

Name(s) shown on return

Your social security number

### Part I — Income or Loss From Rental Real Estate and Royalties
Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-3). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

1  List the type and location of each rental real estate property:

A  *AUGUST '09*

B  *EXPENSES*

C

2  For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days or
- 10% of the total days rented at fair rental value?
(See page E-3)

| | Yes | No |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | | Properties | | | Totals |
|---|---|---|---|---|---|
| | | A | B | C | (Add columns A, B, and C.) |
| **Income:** | | | | | |
| 3 | Rents received | | | | 3 |
| 4 | Royalties received | | | | 4 |
| **Expenses:** | | | | | |
| 5 | Advertising | 69 | | | |
| 6 | Auto and travel (see page E-4) | 620 33 | | | |
| 7 | Cleaning and maintenance | 1,682 | | | |
| 8 | Commissions | | | | |
| 9 | Insurance | 5,978 92 | | | |
| 10 | Legal and other professional fees | | | | |
| 11 | Management fees | | | | |
| 12 | Mortgage interest paid to banks, etc. (see page E-4) | 1,715 50 | | | 12 |
| 13 | Other interest | | | | |
| 14 | Repairs | 3,164 25 | | | |
| 15 | Supplies | | | | |
| 16 | Taxes | | | | |
| 17 | Utilities | 3,649 21 | | | |
| 18 | Other (list) ▶ RETURN CHECKS  CABLE | 1,295 —  105 86 | | | |
| 19 | Add lines 5 through 18 | 18,274 57 | | | 19 |
| 20 | Depreciation expense or depletion (see page E-5) | | | | 20 |
| 21 | Total expenses. Add lines 19 and 20 | | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file Form 6198 | | | | |
| 23 | Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | ( ) | ( ) | ( ) | |
| 24 | Income. Add positive amounts shown on line 22. Do not include any losses | | | | 24 |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | 25 ( ) |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | 26 |

For Paperwork Reduction Act Notice, see page E-7 of the instructions.    Cat. No. 11344L    Schedule E (Form 1040) 2007

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | 35,045 | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $ 35,045 $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | 34,725 | | 1,355 |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | 34,725 | | 1,355 |
| 14 | Total Funds on Hand for all Accounts | 36,080  $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

RENT COLLECTION MONTH **August '08 - Rent**

| Address | # | Rent | Sec-8 | 1st Col | 2nd Col | 3rd Col | 4th Col | Balance |
|---|---|---|---|---|---|---|---|---|
| 4981 Kentfield | A | 800 | | | | | | |
| | B | 875 | | | | | | |
| | C | 825 | | | | | | |
| | D | V | | | | | | |
| 4983 Kentfield | A | 815 | | | | | | |
| | B | 825 | | | | | | |
| | C | 800 | | | | | | |
| | D | 1,225 | | | | | | |
| 4997 Kentfield | A | 465 | | | | | | |
| | B | 825 | | | | | | |
| | C | 460 | | | | | | |
| | D | V | | | | | | |
| 133 Gateway | A | 790 | | | | | | |
| | B | 900 | | | | | | |
| | C | 800 | | | | | | |
| | D | V | | | | | | |
| 65 Gateway | A | 825 | | | | | | |
| | B | | | | | | | |
| | C | | | | | | | |
| | D | 725 | | | | | | |
| Astor | 736 | 725 | | | | | | |
| | 738 | 660 | | | | | | |
| | 740 | | | | | | | |
| Albany | 8001 | | | | | | | |
| | 8003 | | | | | | | |
| | 8005 | | | | | | | |
| Bedlow | 607 | 675 | | | | | | |
| | 609 | 650 | | | | | | |
| | 611 | 725 | | | | | | |

15,390

RENT COLLECTION MONTH __August '08 rent__

| Address | # | Rent | Sec-8 | 1st Col | 2nd Col | 3rd Col | 4th Col | Balance |
|---|---|---|---|---|---|---|---|---|
| Treeswallow | 5545 | 990 | | | | | | |
| | 5547 | | | | | | | |
| | 5549 | 840 | | | | | | |
| | 5559 | 774 | | | | | | |
| | 5561 | 1085 | | | | | | |
| | 5563 | 800 | | | | | | |
| | 5573 | | | | | | | |
| | 5575 | 695 | | | | | | |
| | 5577 | 1,000 | | | | | | |
| Jackson St. | 1 | 500 | | | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | 525 | | | | | | |
| | 5 | 500 | | | | | | |
| Arcade | 404 | 900 | | | | | | |
| Sutter | 2712 | 750 | | | | | | |
| | 2714 | 725 | | | | | | |
| San Pasqual | 8943 | 795 | | | | | | |
| Los Felis | 18 | 695 | | | | | | |
| | 20 | 200 | | | | | | |
| S. Grant St. | 1302 | X | | | | | | |
| | 1304 | | | | | | | |
| | 1306 | | | | | | | |
| | 1308 | | | | | | | |
| E. Grant Ln. | 1 | 1,200 | | | | | | |
| | 2 | 1,350 | | | | | | |
| | 3 | 1,350 | | | | | | |
| | 4 | 1,000 | | | | | | |
| | 5 | 1,325 | | | | | | |
| | 6 | 1,350 | | | | | | |

19,399

RENT COLLECTION MONTH __AUGUST '08 - RENT__

| Address | # | Rent | Sec-8 | 1st Col | 2nd Col | 3rd Col | 4th Col | Balance |
|---|---|---|---|---|---|---|---|---|
| 228 S Rose | 1 | | | | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| | 5 | 450 | | | | | | |
| | 6 | | | | | | | |
| | 7 | 900 | | | | | | |
| | 8 | | | | | | | |
| | 9 | | | | | | | |
| | 10 | | | | | | | |
| 126 S Della | 1 | | | | | | | |
| | 2 | | | | | | | |
| | 3 | 925 | | | | | | |
| Chatsworth | 4047 | 1,100 | | | | | | |
| 4509 Shippee | A | 661 | | | | | | |
| | B | | | | | | | |
| Kelly Drive | 8735 | | | | | | | |
| | 8737 | 620 | | | | | | |
| | 8739 | | | | | | | |
| 700 Laurel | | 15,000 | | | | | | |
| 517 Leon | | 600 | | | | | | |
| Vermont Ave. | 929 | | | | | | | |
| | 931 | | | | | | | |
| | 933 | | | | | | | |
| | 935 | | | | | | | |
| | 937 | | | | | | | |
| | 939 | | | | | | | |
| | 941 | | | | | | | |
| | 943 | | | | | | | |
| | 945 | | | | | | | |
| | 947 | | | | | | | |
| | 949 | | | | | | | |
| | 951 | | | | | | | |
| | 953 | | | | | | | |

20,256

**SCHEDULE E**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service

**Supplemental Income and Loss**
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**2007**
Attachment Sequence No. **13**

Name(s) shown on return | Your social security number

### Part I  Income or Loss From Rental Real Estate and Royalties
Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-3). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

1  List the type and location of each rental real estate property:
A ................................................
B ................................................
C ................................................

2  For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
• 14 days or
• 10% of the total days rented at fair rental value?
(See page E-3)

| | Yes | No |
|---|---|---|
| A | | |
| B | | |
| C | | |

| Income: | | Properties A | Properties B | Properties C | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3  Rents received | 3 | | | | 3 | |
| 4  Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5  Advertising | 5 | | | | | |
| 6  Auto and travel (see page E-4) | 6 | | 230 05 | 370 38 | | |
| 7  Cleaning and maintenance | 7 | 1,692 | 50 | | | |
| 8  Commissions | 8 | | | | | |
| 9  Insurance | 9 | 2,032 | 2450— | 496 92 | | |
| 10  Legal and other professional fees | 10 | | | | | |
| 11  Management fees  CABLE | 11 | | | 105 86 | | |
| 12  Mortgage interest paid to banks, etc. (see page E-4) | 12 | 4,715 50 | | | 12 | |
| 13  Other interest | 13 | | | | | |
| 14  Repairs | 14 | 3,164 75 | 64— | | | |
| 15  Supplies | 15 | | | | | |
| 16  Taxes | 16 | | | | | |
| 17  Utilities | 17 | 529 53 | 901 | | | |
| 18  Other (list) ▶ RETURN ITEM(JEAT) GARBAGE LATEN/..... | 18 | 1295 220 68 | | | | |
| 19  Add lines 5 through 18 | 19 | | | | 19 | |
| 20  Depreciation expense or depletion (see page E-5) | 20 | | | | 20 | |
| 21  Total expenses. Add lines 19 and 20 | 21 | | | | | |
| 22  Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file Form 6198 | 22 | | | | | |
| 23  Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | ( ) | ( ) | ( ) | | |
| 24  Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 | |
| 25  Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | ( ) |
| 26  Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26 | |

For Paperwork Reduction Act Notice, see page E-7 of the Instructions.    Cat. No. 11344L    Schedule E (Form 1040) 2007