FILED
October 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002157014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: [CASE NAME]

Case No. 2009-35643

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 9/30/09 PETITION DATE: 7/27/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). ___
Dollars reported in $1

| 2. Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | 76,813 $0 | 36,080 | |
| b. Total Assets | 9,575,625 $0 | 9,445,000 | 9,516,180 |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | 15,527,872 $0 | 15,527,872 | 15,527,872 |

| 3. Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 59,768 $0 | 55,045 | $0 |
| b. Total Disbursements | 19,035 $0 | 18,965 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 40,733 $0 | 36,080 $0 | $0 |
| d. Cash Balance Beginning of Month | 36,080 $0 | — | $0 |
| e. Cash Balance End of Month (c + d) | 76,813 $0 | 36,080 $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (If yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 9. Have any payments been made to professionals? (If yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | ✓ |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (If yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | ✓ |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | ✓ |
| 13. Are a plan and disclosure statement on file? | | ✓ |
| 14. Was there any post-petition borrowing during this reporting period? | | ✓ |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 10/15/09

[signature]
Responsible Individual

Revised 3/15/99

# BALANCE SHEET

(Small Real Estate/Individual Case)

For the Month Ended 9/30/09

| | | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| **Assets** | | | |
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | 76,813 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | 76,813$0 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | 9,445,000 |
| 9 | Furniture, Fixtures, and Equipment | | 8,000 |
| 10 | Vehicles | | 6,500 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | 25,000 |
| 14 | Interests in IRA, Keogh, other retirement plans | | 5,000 |
| 15 | Other: | | 8,600 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | 9,498,810$0 |
| 18 | **Total Assets** | | 9,575,623$0 |
| **Liabilities** | | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | 15,002,678.00 |
| 30 | Priority unsecured claims | | 12,774.14 |
| 31 | General unsecured claims | | 512,420.00 |
| 32 | **Total Pre-Petition Liabilities** | | 15,527,872.14 $0 |
| 33 | **Total Liabilities** | | 15,527,872.14 $0 |
| **Equity (Deficit)** | | | |
| 34 | **Total Equity (Deficit)** | | <5,952,249.14> |
| 35 | **Total Liabilities and Equity (Deficit)** | | 9,575,623$0 |

NOTE:

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | 55982 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | 55,982 $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | 67,758 | 4,264 | 4,791 |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | 67,758 | 4,264 | 4,791 |
| 14 | Total Funds on Hand for all Accounts | 76,813 $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

Increase/(Decrease) in Cash and Cash Equivalents

For the Month Ended 9/30/09

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | 55,982 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | COMMISSION (RE) | 2,964 | |
| 8 | PAY ROLL | 822 | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 59,768 $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | SEE SCHEDULE | 19,035 | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | 19,035 $0 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | 40,733 $0 | $0 |
| 39 | **Cash Balance, Beginning of Period** | 36,080 | |
| 40 | **Cash Balance, End of Period** | 76,813 $0 | $0 |

Revised 3/15/99

**SCHEDULE E (Form 1040)**

Department of the Treasury Internal Revenue Service

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

► Attach to Form 1040, 1040NR, or Form 1041. ► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

2007

Attachment Sequence No. 13

Name(s) shown on return: GERRY ESPINOZA

Your social security number

**Part I** **Income or Loss From Rental Real Estate and Royalties** **Note.** If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-3). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

1 List the type and location of each rental real estate property:

A

B SEPTEMBER '09

C EXPENSES

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days or
- 10% of the total days rented at fair rental value?

(See page E-3)

| | Yes | No |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | | Properties A | Properties B | Properties C | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|
| **Income:** | | | | | |
| 3 Rents received | 3 | | | | 3 |
| 4 Royalties received | 4 | | | | 4 |
| **Expenses:** | | | | | |
| 5 Advertising | 5 | | | | |
| 6 Auto and travel (see page E-4) | 6 | 332.60 | | | |
| 7 Cleaning and maintenance | 7 | 132.01 | | | |
| 8 Commissions | 8 | | | | |
| 9 Insurance | 9 | 2,450 - | | | |
| 10 Legal and other professional fees | 10 | | | | |
| 11 ~~Management fees~~ EVICTION | 11 | 440 - | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-4) | 12 | | | | 12 |
| 13 Other interest | 13 | | | | |
| 14 Repairs | 14 | 5,617.20 | | | |
| 15 Supplies GARBAGE | 15 | 900 - | | | |
| 16 Taxes | 16 | | | | |
| 17 Utilities | 17 | 5,383.11 | | | |
| 18 Other (list) ► INCOME TAX RETURN<br>DRE / TRAINING<br>CABLE | 18 | 3,221 -<br>442.18<br>112.86 | | | |
| 19 Add lines 5 through 18 | 19 | 19,035 | | | 19 |
| 20 Depreciation expense or depletion (see page E-5) | 20 | | | | 20 |
| 21 Total expenses. Add lines 19 and 20 | 21 | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file Form 6198 | 22 | | | | |
| 23 Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | ( ) | ( ) | ( ) | |

24 **Income.** Add positive amounts shown on line 22. **Do not** include any losses . . . 24

25 **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here. 25 ( )

26 **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 . . 26

RENT COLLECTION MONTH SEPTEMBER '09

| Address | # | Rent | Sec-8 | 1st Col | 2nd Col | 3rd Col | 4th Col | Balance |
|---|---|---|---|---|---|---|---|---|
| 228 S Rose | 1 | | | | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| | 5 | | | | | | | |
| | 6 | | | | | | | |
| | 7 | | | | | | | |
| | 8 | | | | | | | |
| | 9 | | | | | | | |
| | 10 | | | | | | | |
| | | | | | | | | |
| 126 S Della | 1 | 915 | | | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | | | | | | | | |
| Chatsworth | 4047 | 1,000 | | | | | | |
| | | | | | | | | |
| 4509 Shippee | A | 661 | | | | | | |
| | B | | | | | | | |
| | | | | | | | | |
| Kelly Drive | 8735 | 700 | | | | | | |
| | 8737 | 762 | | | | | | |
| | 8739 | | | | | | | |
| | | | | | | | | |
| 700 Laurel | | 15,000 | | | | | | |
| | | | | | | | | |
| 517 Leon | | 600 | | | | | | |
| | | | | | | | | |
| Vermont Ave. | 929 | X | | | | | | |
| | 931 | | | | | | | |
| | 933 | | | | | | | |
| | 935 | | | | | | | |
| | 937 | | | | | | | |
| | 939 | | | | | | | |
| | 941 | | | | | | | |
| | 943 | | | | | | | |
| | 945 | | | | | | | |
| | 947 | | | | | | | |
| | 949 | | | | | | | |
| | 951 | | | | | | | |
| | 953 | | | | | | | |

19,638

55,982.86

RENT COLLECTION MONTH SEPTEMBER '09

| Address | # | Rent | Sec-8 | 1st Col | 2nd Col | 3rd Col | 4th Col | Balance |
|---|---|---|---|---|---|---|---|---|
| Treeswallow | 5545 | 990 | | | | | | |
| | 5547 | V | | | | | | |
| | 5549 | 625 | | | | | | |
| | 5559 | 674 | | | | | | |
| | 5561 | 1,085 | | | | | | |
| | 5563 | 800 | | | | | | |
| | 5573 | V | | | | | | |
| | 5575 | 750 | | | | | | |
| | 5577 | 1,000 | | | | | | |
| | | | | | | | | |
| Jackson St. | 1 | 500 | | | | | | |
| | 2 | | | | | | | |
| | 3 | 806 | | | | | | |
| | 4 | 300 | | | | | | |
| | 5 | 525 | | | | | | |
| | | | | | | | | |
| Arcade | 404 | 800 | | | | | | |
| | | | | | | | | |
| Sutter | 2712 | 750 | | | | | | |
| | 2714 | 775 | | | | | | |
| | | | | | | | | |
| San Pasqual | 8943 | 700 | | | | | | |
| Los Felis | 18 | 680.86 | | | | | | |
| | 20 | 700 | | | | | | |
| | | | | | | | | |
| S. Grant St. | 1302 | X | | | | | | |
| | 1304 | X | | | | | | |
| | 1306 | X | | | | | | |
| | 1308 | X | | | | | | |
| | | | | | | | | |
| E. Grant Ln. | 1 | 1,200 | | | | | | |
| | 2 | 1,350 | | | | | | |
| | 3 | 1,350 | | | | | | |
| | 4 | 1,350 | | | | | | |
| | 5 | 1,325 | | | | | | |
| | 6 | 1,350 | | | | | | |

20,385

LAUNDRY 127

RENT COLLECTION MONTH SEPTEMBER '09

| Address | # | Rent | Sec-8 | 1st Col | 2nd Col | 3rd Col | 4th Col | Balance |
|---|---|---|---|---|---|---|---|---|
| 4981 Kentfield | A | 800 | | | | | | |
| | B | 875 | | | | | | |
| | C | 825 | | | | | | |
| | D | V | | | | | | |
| | | | | | | | | |
| 4983 Kentfield | A | 815 | | | | | | |
| | B | 825 | | | | | | |
| | C | 800 | | | | | | |
| | D | 875 | | | | | | |
| | | | | | | | | |
| 4997 Kentfield | A | 800 | | | | | | |
| | B | 825 | | | | | | |
| | C | 782 | | | | | | |
| | D | V | | | | | | |
| | | | | | | | | |
| 133 Gateway | A | 325 | | | | | | |
| | B | 950 | | | | | | |
| | C | | | | | | | |
| | D | 500 | | | | | | |
| | | | | | | | | |
| 65 Gateway | A | 825 | | | | | | |
| | B | | | | | | | |
| | C | | | | | | | |
| | D | 725 | | | | | | |
| | | | | | | | | |
| Astor | 736 | 725 | | | | | | |
| | 738 | 660 | | | | | | |
| | 740 | V | | | | | | |
| | | | | | | | | |
| Albany | 8001 | V | | | | | | |
| | 8003 | 800 | | | | | | |
| | 8005 | V | | | | | | |
| | | | | | | | | |
| Bedlow | 607 | 675 | | | | | | |
| | 609 | 700 | | | | | | |
| | 611 | 725 | | | | | | |

15,832

River City Bank

Print Date : October 15, 2009

**Customer Name :** GERRY PAULE ESPINOZA

| | | | |
|---|---|---|---|
| **Account Title** | FREE CHECKING | **Account Balance** | $89,738.96 |
| **Account Number** | 1710007710 | **Available Balance** | $90,437.96 |
| **Account Type** | Checking | **2009 Interest** | $0.00 |
| | | **2008 Interest** | $0.00 |

**Account #1710007710 History**
09-01-2009 to 09-30-2009

| Date | Check # | Transaction Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 09-30-2009 | | FRANCHISE TAX BO PAYMENTS CCD GERRYLAN | | 1,246.00 | 67,758.29 |
| 09-30-2009 | | DEPOSIT | 3,065.00 | | 69,004.29 |
| 09-29-2009 | 1012 | CHECK | | 250.00 | 65,939.29 |
| 09-29-2009 | | CALWATER WATERBILL WEB GERRY ESPINOZA | | 231.46 | 66,189.29 |
| 09-29-2009 | | LODI UTILITIES 209333680 WEB GERRY ESPINOZA | | 526.10 | 66,420.75 |
| 09-29-2009 | | CALWATER WATERBILL WEB GERRY ESPINOZA | | 1,040.31 | 66,946.85 |
| 09-25-2009 | | DEPOSIT | 9,504.00 | | 67,987.16 |
| 09-23-2009 | 1013 | CHECK | | 200.00 | 58,483.16 |
| 09-23-2009 | 1014 | CHECK | | 875.00 | 58,683.16 |
| 09-23-2009 | 1011 | CHECK | | 900.00 | 59,558.16 |
| 09-22-2009 | | ATM POS RF#028281 09/21 920 FASTRIP FOOD LEMOORE,CA | | 38.63 | 60,458.16 |
| 09-22-2009 | | Waste Management 866834208 PPD ESPINOZA RENTAL PROPER | | 180.80 | 60,496.79 |
| 09-22-2009 | | Waste Management 866834208 PPD ESPINOZA RENTAL PROPER | | 180.80 | 60,677.59 |
| 09-22-2009 | | Waste Management 866834208 PPD ESPINOZA RENTAL PROPER | | 180.80 | 60,858.39 |
| 09-22-2009 | | Waste Management 866834208 PPD ESPINOZA RENTAL PROPER | | 180.80 | 61,039.19 |
| 09-22-2009 | | Waste Management 866834208 PPD ESPINOZA RENTAL PROPER | | 180.80 | 61,219.99 |
| 09-21-2009 | 1010 | CHECK | | 419.47 | 61,400.79 |
| 09-21-2009 | 1005 | CHECK | | 437.25 | 61,820.26 |
| 09-18-2009 | 1006 | CHECK | | 324.00 | 62,257.51 |
| 09-17-2009 | 1003 | CHECK | | 467.31 | 62,581.51 |
| | | PRIORITY CHECK | | | |

| Date | Check No. | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| 09-17-2009 | 1009 | | | 30.00 | 63,048.82 |
| 09-17-2009 | 1008 | PRIORITY CHECK | | 300.00 | 63,078.82 |
| 09-17-2009 | | ATM POS RF#000000924552 09/16 COSTCO GAS #0038 STOCKTON,CA | | 53.80 | 63,378.82 |
| 09-16-2009 | 1004 | CITY OF TRACY CHECK PYM ARC SERIAL NUMBER: 01004 | | 638.65 | 63,432.62 |
| 09-16-2009 | | DEPOSIT | 3,642.00 | | 64,071.27 |
| 09-16-2009 | | DEPOSIT | 15,000.00 | | 60,429.27 |
| 09-15-2009 | 99999 | CHECK | | 11.26 | 45,429.27 |
| 09-15-2009 | 99999 | CHECK | | 997.06 | 45,440.53 |
| 09-15-2009 | 1007 | CHECK | | 1,500.00 | 46,437.59 |
| 09-14-2009 | 1001 | CHECK | | 239.70 | 47,937.59 |
| 09-11-2009 | 1002 | CHECK | | 151.09 | 48,177.29 |
| 09-11-2009 | | ATM VISA RF#925322010174 09/10 THE HOME DEPOT 662 STOCKTON,CA | | 200.00 | 48,328.38 |
| 09-11-2009 | | ATM VISA RF#925323010174 09/10 THE HOME DEPOT 662 STOCKTON,CA | | 285.85 | 48,528.38 |
| 09-11-2009 | | DEPOSIT | 127.00 | | 48,814.23 |
| 09-11-2009 | | DEPOSIT | 147.00 | | 48,687.23 |
| 09-11-2009 | | DEPOSIT | 1,109.00 | | 48,540.23 |
| 09-11-2009 | | DEPOSIT | 3,940.00 | | 47,431.23 |
| 09-11-2009 | | DEPOSIT | 6,200.00 | | 43,491.23 |
| 09-11-2009 | | DEPOSIT | 7,746.00 | | 37,291.23 |
| 09-10-2009 | | CALWATER WATERBILL WEB GERRY ESPINOZA | | 174.69 | 29,545.23 |
| 09-10-2009 | | CALWATER WATERBILL WEB GERRY ESPINOZA | | 175.60 | 29,719.92 |
| 09-10-2009 | | CALWATER WATERBILL WEB GERRY ESPINOZA | | 184.74 | 29,895.52 |
| 09-10-2009 | | CALWATER WATERBILL WEB GERRY ESPINOZA | | 231.46 | 30,080.26 |
| 09-10-2009 | | CALWATER WATERBILL WEB GERRY ESPINOZA | | 1,040.31 | 30,311.72 |
| 09-09-2009 | | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 10.48 | 31,352.03 |
| 09-09-2009 | | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 12.00 | 31,362.51 |
| 09-09-2009 | | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 63.63 | 31,374.51 |
| 09-09-2009 | | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 70.07 | 31,438.14 |

| | | | | |
|---|---|---|---|---|
| 09-09-2009 | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 95.25 | 31,508.21 |
| 09-09-2009 | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 104.00 | 31,603.46 |
| 09-09-2009 | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 134.00 | 31,707.46 |
| 09-09-2009 | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 182.91 | 31,841.46 |
| 09-09-2009 | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 258.00 | 32,024.37 |
| 09-09-2009 | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 353.72 | 32,282.37 |
| 09-09-2009 | PACIFIC GAS/ELEC ONLINE PM PPD GERRY ESPINOZA | | 366.77 | 32,636.09 |
| 09-04-2009 | DEPOSIT | 865.86 | | 33,002.86 |
| 09-03-2009 | DEPOSIT | 1,100.00 | | 32,137.00 |
| 09-03-2009 | DEPOSIT | 5,037.00 | | 31,037.00 |
| 09-01-2009 | DEPOSIT | 25,000.00 | | 26,000.00 |

**Statement** of Account

Central Valley
Community
Bank

9-30- 6040 -
9-30- 754

GERRY P ESPINOZA
DBA UNITED PACIFIC REALTY
& INVESTMENT CO
5316 LA MIRADA WAY
STOCKTON CA 95212

9-30-09 3 XX Page 1

Account Number 2101160

STOCKTON OFFICE
(559)298-1775 24-Hour BankLine (559) 297-6638
Out of Local area (866) 455-6638

As a customer of CVCB, your opinion is very important to us. We would greatly appreciate your comments in order to improve our levels of service. The next time you are in a branch please take a moment to complete a survey. Thank you.

ACCOUNT NUMBER 2101160 BUSINESS CHECKING

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Previous Balance | 8-31-09 | | 1,355.63 |
| + Deposits/Credits | 2 | | 3,786.39 |
| - Checks/Debits | 10 | | 877.22 |
| - Service Charge | | | .00 |
| Current Balance | 9-30-09 | | 4,264.80 |

CHECKS

| No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|
| 2454 | 9-04 | 82.01 | 2456 | 9-29 | 300.00 |
| 2455 | 9-17 | 7.00 | | | |

CREDIT ACTIVITY AND OTHER DEBITS

| Date | Tracer | Description | Amount |
|---|---|---|---|
| 9-04 | 9 | CUSTOMER DEPOSIT | 821.81 |
| 9-25 | 9 | CUSTOMER DEPOSIT | 2964.58 |

ELECTRONIC FUNDS TRANSFERS

| Date | Tracer | Description | Amount |
|---|---|---|---|
| 9-02 | 44 | ATM POS RF#000396 09/01 COSTCO GAS #0003 STOCKTON CA | 50.15- |
| 9-10 | 41 | ATM POS RF#000000426236 09/09 COSTCO GAS #0038 STOCKTON CA | 56.21- |
| 9-14 | 43 | ATM VISA RF#925528492255 09/12 CHEVRON 00207084 STOCKTON CA | 37.48- |
| 9-22 | 7265 | COMCAST COMCAST ESPINOZA,GERRY | 105.86- |
| 9-24 | 51 | ATM VISA RF#926726123325 09/24 A.D. BANKER 913-451-1280 KS | 142.18- |
| 9-28 | 50 | ATM POS RF#000000352705 09/25 COSTCO GAS #0038 STOCKTON CA | 50.11- |
| 9-28 | 51 | ATM VISA RF#927022619516 09/27 UNION 76 10032530 CASTRO VALLEY CA | 46.22- |

Continued on Next Page

**Statement** of Account

Central Valley
Community
Bank

GERRY P ESPINOZA 9-30-09 Page 2

STOCKTON OFFICE Account Number 2101160

DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8-31 | 1355.63 | 9-02 | 1305.48 | 9-04 | 2045.28 |
| 9-10 | 1989.07 | 9-14 | 1951.59 | 9-17 | 1944.59 |
| 9-22 | 1838.73 | 9-24 | 1696.55 | 9-25 | 4661.13 |
| 9-28 | 4564.80 | 9-29 | 4264.80 | | |



#2454     Paid 9/04/09          $82.01



#2455     Paid 9/17/09          $7.00





#2456     Paid 9/29/09          $300.00