

Untitled

**FILED**
OCT 30 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

09-35643

Dated: October 29, 2009

From: Noel and Cristeta Bautista
9111 Wren Ave.
Gilroy, CA 95020
408-391-3592 (cell)
or reply to: csbautista59@yahoo.com

To: Judge Christopher M. Klein
United States Bankruptcy Court
Eastern District of California

We, Noel and Cristeta husband and wife, as one of Gerry Espinoza's creditors, wishes to attend at the hearing on this matter - Case No.2009-35643-C-11 which is scheduled on November 10, 2009 at 9:30 a.m. in Courtroom 35, United Bankruptcy Court, 501 I Street, Sacramento, California.

In addition, please let us know if for any reason (s) that our request will not be granted.

And thank you in advance for considering our requests.

Noel R. Bautista

Cristeta S. Bautista