

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-35643-C-11 |
| GERRY P. ESPINOZA, | |
| Debtor(s). | |

**ORDER TO SHOW CAUSE RE TRUSTEE**

IT IS ORDERED that Mitchell L. Abdallah shall show cause, in writing filed by November 12, 2009, why a chapter 11 trustee should not be appointed in this case.

IT IS FURTHER ORDERED that a hearing will be held on November 17, 2009, at 10:30 a.m.

Dated: November 4, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

    On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Mitchell L. Abdallah
980 9th St 16th Fl
Sacramento, CA 95814

Gerry P. Espinoza
5316 La Mirada Way
Stockton, CA 95212

Office of the United States Trustee
501 I Street
Sacramento, CA 95814

Dated: 11/5/09

_____
DEPUTY CLERK

- 2 -