FILED
November 06, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002206150

3

PROBER & RAPHAEL
A LAW CORPORATION
DEAN PROBER, ESQ., #106207
LEE S. RAPHAEL, ESQ., #180030
CASSANDRA J. RICHEY, ESQ. #155721
DAVID F. MAKKABI, ESQUIRE #249825
P.O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
C.094-5487
Attorneys for Secured Creditor BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

GERRY P. ESPINOZA DBA
GERRYLAND INVESTMENTS, INC.

    Debtor

_____/

Bk. No. 09-35643-C

Motion No. PPR-1

CHAPTER 11

Hearing-
Date : December 8, 2009
Time : 9:30 am
Place : U.S. Bankruptcy Court
       501 I Street
       Sacramento, CA
      Courtroom 35  Dept. C
Judge: Christopher M. Klein

BAC HOME LOANS SERVICING, LP
FKA COUNTRYWIDE HOME LOANS SERVICING LP'S
MOTION FOR RELIEF FROM AUTOMATIC STAY

      BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, its assignees and/or successors, move the Court for relief from the Automatic Stay provided by 11 U.S.C. §362. This motion seeks an Order terminating the Automatic Stay of 11 U.S.C. §362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that

1

moving party (and its Trustee) may commence and continue all acts necessary to foreclose under the Deed of Trust secured by Debtor's property.

Movant seeks relief pursuant to 11 U.S.C. §362(d)(1) for "cause" and pursuant to 11 U.S.C. §362(d)(2) and alleges that in accordance with the information set forth in the attached Declaration of Judy Graves, due to the Debtor's failure to make required payments, that Debtor does not have any realistic hope for a reorganization, and that there is no equity present in the subject real property to justify the continuance of the Automatic Stay.

In addition, and in the event that this Court continues the Automatic Stay, Movant will seek adequate protection of its secured interest pursuant to 11 U.S.C. §§ 361 and 362, including a requirement that Debtor reinstates all past arrearages and immediately commence regular monthly payments.

Movant also seeks an Order terminating and vacating the Automatic Stay for all purposes as it pertains to Movant's interest in the subject real Property, including the prosecution of appropriate foreclosure remedies, without the requirement of further notice or publication, except as may be required by state law.

Movant also seeks an Order waiving the 10-day stay as provided by Bankruptcy Rule 4001(a)(3).

In addition, Movant requests such further relief as is just.

This Motion is based on these moving papers, as well as the attached Declaration and the Relief from Stay Information Sheet, filed separately and concurrently with this Motion.

In the event neither the Debtor, Debtor's counsel or Trustee files a timely opposition to this motion, the Court may grant relief from the Automatic Stay permitting

moving party to foreclose on the Debtor's property located at **4997 Kentfield Drive, Units A-D, Stockton, California** and obtain possession of such property without conducting a hearing.

WHEREFORE, Movant prays judgment as follows:

1.) For an Order granting relief from the Automatic Stay, permitting this Movant to move ahead with foreclosure proceedings under Movant's Deed of Trust.

2.) For such Order regarding adequate protection of Movant's interest as this Court deems proper.

3.) For an Order waiving the 10-day stay described by Bankruptcy Rule 4001(a)(3).

4.) The Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

5.) For such other relief as this Court deems appropriate.

DATED: October 6, 2009

                PROBER & RAPHAEL
                A LAW CORPORATION

                /s/ CASSANDRA J. RICHEY, ESQ. #155721
                Attorney for Secured Creditor