MITCHELL L. ABDALLAH, #231804
**ABDALLAH LAW GROUP**
980 9ᵀᴴ Sᴛ. 16ᵀᴴ Fʟᴏᴏʀ
Sᴀᴄʀᴀᴍᴇɴᴛᴏ, CA 95814
Tᴇʟ:/ (916) 449-9580
Fᴀx:/ (916) 449-9581
ᴍɪᴛᴄʜ@ᴀʙᴅᴀʟʟᴀʜʟᴀᴡ.ɴᴇᴛ

Attorneys for Debtor: Gerry Espinoza

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Gerry P. Espinoza,<br><br>Debtor. | Case No. 09-35643<br><br>DCN: MLA-01<br><br>Judge: Christopher M. Klein<br>Date: November 17, 2009<br>Dept.: C<br>Courtroom: 35, 6ᵗʰ Floor |

### DECLARATION OF GERRY P. ESPINOZA

I, GERRY P. ESPINOZA, declare as follows:

(1) I am the Debtor in the above captioned case.

(2) On or about July 27, 2009, through my attorney, Mitchell L. Abdallah, dba the Abdallah Law Group, I filed a voluntary petition under Chapter 11.

(3) Through my belief and understanding, I disclosed all pertinent asset, liability and personal information to the Bankruptcy court.

(4) Believing that only my personal assets, liabilities and income was subject to disclosure and filing, I provided all relevant information to the Court.

(5) On or about August 31, 2009, I attended my initial debtor interview. During this interview, the attending Bankruptcy Analyst reviewed my assets, liabilities and other required information. The analyst questioned me about the failure to disclose certain properties. These properties included 1302 S. Grant, Stockton, California; 937 Vermont Street, Turlock, California; 155 Sunset Boulevard, Hayward, California; 261-269 Medford Avenue, Hayward, California.

(6) I stated and believed that 1302 S. Grant, which was foreclosed on, was no longer my property and did not require listing; 937 Vermont Street was owned solely by my corporation, Gerryland Investments Incorporated and did not require listing; 261-269 Medford was owned in partnership and I believed that it did not require listing; however, 155 Sunset Boulevard was mistakenly omitted.

(7) Upon request by the Analyst, I immediately provided details to these properties. Within, a day of this meeting, I completed real property questionnaires in regard to these properties which I believe was turned in to the United States Trustee at my 341 meeting.

(8) I have since disclosed all rents and expenses attributable to all properties in my Monthly Operating reports.

(9) By request of Delta National Bank, who sought to foreclose on 937 Vermont Street, I voluntarily filed an additional Chapter 11 petition on behalf of Gerryland Investments Inc. on or about September 21, 2009.

(10) Having discussed potential conflicts and the willingness to surrender this property to the Delta National Bank with my attorneys, I am authorizing the dismissal of the chapter 11 case for Gerryland Investments Inc., Case No. 09-40289-C-11.

(11) I have reviewed and signed the amended petition and schedules. To my knowledge and belief, they accurately disclose all relevant information.

I swear under the penalty of perjury that the foregoing is true and correct.

Executed at Stockton, California on November 12, 2009.

                                             /s/ Gerry P. Espinoza
                                             GERRY P. ESPINOZA
                                             Debtor